Bridget Mooney, appellee, v. Yellow Cab Company, appellant.   Gen. No. 33,633.

Opinion filed December 31, 1929.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. V. Russell Donaghy and Stuart B. Krohn, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Jack Brusk, defendant in error. v. Irving Royack et al., plaintiffs in error.   Gen. No. 33,663.

Opinion filed December 31, 1929.

Gallagher, Shulman & Abrams, for plaintiffs in error.   Haffenberg, Kopald & Burns, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Frank Ott, appellee, v. L. F. Hammel and Idaline R. Hammel, appellants.   Gen. No. 33,722.

Opinion filed December 31, 1929.

Isaac B. Lipson, for appellants; Randolph Thornton, of counsel.   No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

United States Wicker Furniture Company, appellee, v. Lakeside Upholstering Company, appellant.   Gen. No. 33,733.

Opinion filed December 31, 1929.

Mort D. & Frank Goldberg, for appellant; Frank Goldberg and Harry G. Hershenson, of counsel.   Haffenberg, Kopald & Burns, for appellee; Harry E. Kopald and Joseph Rosenbaum, of counsel.

Mr. Justice Gridley delivered the opinion of the court.